# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VARDANYAN, ) | 1:07-CV-00723 AWI NEW (DLB) HC |
| ) Petitioner, ) | ORDER VACATING ORDER DENYING MOTION TO APPOINT COUNSEL AND |
| v. ) | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ISSUED ON MAY 31, |
| ALBERTO R. GONZALES, et al., ) | 2007 |
| ) Respondent2. ) | [Doc. #8] |

On May 31, 2007, the Court issued an order denying Petitioner's motion to appoint counsel and application to proceed in forma pauperis. This order was issued in error as the petition had been dismissed and the case closed on May 25, 2007.

Accordingly, the May 31, 2007, order denying the motion for counsel and application to proceed in forma pauperis is HEREBY VACATED. The case remains closed in its entirety.

IT IS SO ORDERED.

**Dated:   June 1, 2007**                               /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE